IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT BURNS,

     Petitioner,                No. CIV S-07-2772 LEW DAD P

    vs.

B. CURRY, Warden, et al.,

     Respondents.         <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a Board of Parole Hearings' decision denying him parole. Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee.

       At the time the instant action was filed, petitioner was confined in the California Correctional Training Facility in Soledad, California, located within the jurisdictional boundaries of the Northern District. He remains confined at that institution at this time. The proper venue for a habeas challenge to a state parole decision is the district of the petitioner's incarceration at the time the petition is filed.

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
burn2772.108a